**In the United States District Court
for the District of Kansas**

---

Case No. 5:22-mc-0404-TC-GEB

---

ROBIN WEST,

*Plaintiff*

v.

ILLINOIS STATE DEPARTMENT OF CHILDREN
AND FAMILY SERVICES MADISON COUNTY,

*Defendant*

---

# ORDER ADOPTING REPORT & RECOMMENDATION

Magistrate Judge Gwynne E. Birzer issued a Report and Recommendation (R&R) that Plaintiff Robin West's motion for leave to proceed in forma pauperis, Doc. 4, be denied and that this action be dismissed instead of transferred. Doc. 11 at 1, 10–11. The R&R found that West "is able to pay the filing fee," so proceeding in forma pauperis would be inappropriate. *Id.* at 4. It also determined any habeas petitions in this matter should have been filed in the Southern District of Illinois, *id.* at 5–6, but that it should nevertheless be dismissed because it "fails to state a case upon which relief may be granted," *id.* at 6. The R&R then informed West that she could object to the its findings within fourteen days of receipt and that "[f]ailure to make a timely objection waives appellate review of both factual and legal questions." *Id.* at 11 (citing *Moralez-Fernandez v. I.N.S.*, 418 F.3d 1116, 1119 (10th Cir. 2005)).

When a magistrate judge issues a report and recommendation on a dispositive pretrial matter, a party objecting to the recommendation must "serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). The district judge must then

> determine de novo any part of the magistrate judge's disposition that has been properly objected to. The

1

> district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). Where a party fails to make a proper objection, a district court may review the recommendation under any standard it deems appropriate, even for clear error. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citations omitted.

Fourteen days have passed since the Report and Recommendation was filed and West filed no response to it. And after reviewing the pleadings submitted, there appears to be no error in Judge Birzer's conclusions or recommendations. As a result, the R&R is adopted in its entirety.

**IT IS THEREFORE ORDERED BY THE COURT THAT** the Report and Recommendation, Doc. 11, is adopted in its entirety. West's motion for leave to proceed in forma pauperis, Doc. 4, is DENIED, and this action is DISMISSED.

**IT IS SO ORDERED.**

Date: April 5, 2023                    s/ Toby Crouse
                                       Toby Crouse
                                       United States District Judge

2